UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| THOMAS M PASEK | ) | CASE NO. 14-23200-jpk |
| | ) | |
| Debtor(s) | ) | |

**MOTION FOR RELIEF FROM STAY AND ABANDONMENT BECAUSE PLAN PROPOSES TO SURRENDER PROPERTY**

Comes now JPMorgan Chase Bank N.A., (hereinafter referred to as "JPMorgan Chase"), by counsel, and for its Motion for Relief From Stay and Abandonment Because Plan Proposes to Surrender Property would show the Court as follows:

1.　On September 23, 2014, the above-named Debtor(s) filed a petition pursuant to Chapter 13 of the Bankruptcy Code.

2.　JPMorgan Chase is the holder of a secured claim with an outstanding principal balance of $56,688.98. Said claim is secured by the real property located at 8331 Lake Shore Dr, Ceder Lake, IN 46303, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as **Exhibit "A"**. The legal description for the subject real estate is:

> Part of the North half of the Southeast quarter of Section 22, Township 34 North, Range 9 West of the 2nd Principal Meridian, in the Town of Cedar Lake, Lake County, Indiana, described as follows: Commencing at a point 1202.5 feet West and 118 feet South of the Northeast corner of said tract in the center of Lake Side Drive and at the Northwest corner of Lot 1, Whaley's Cedar Lake Subdivision, as per plat thereof, recorded in Plat Book 14 page 10, in the Office of the Recorder of Lake County, Indiana; thence South 43 degrees 40 minutes West 50 feet to the Point of Beginning of this description; thence South 43 degrees 40 minutes West 40 feet, thence South 36 degrees 16 minutes East 200 feet to the shore of Cedar Lake; thence North 43 degrees 40 minutes East 40 feet; thence North 38 degrees 16 minutes West 200 feet to the Point of Beginning.

3. The above-described mortgage was given to secure a promissory note dated August 16, 2005, made payable to JPMorgan Chase Bank N.A. in the original principal sum of $65,000.00. A copy of the above-described note is attached hereto and incorporated herein as **Exhibit "B"**.

4. JPMorgan Chase Bank N.A. services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of JPMorgan Chase Bank N.A. Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.

5. The Debtor(s) did not include the interest of JPMorgan Chase in Debtor(s)' Chapter 13 Plan, as Debtor intends to abandon interest in said real estate and has no equity in same.

6. The mortgage loan is due for October 1, 2014 through May 1, 2015 payments at the monthly mortgage amount of $518.35, for an arrearage in the sum of $4,146.80, together with a pre-petition delinquency and attorney fees and costs as is demonstrated by the payment history attached as **Exhibit "C".**

7. Supplemental Declaration in Support of Motion for Relief is attached hereto as **Exhibit "D"**.

8. Debtor(s) intention to surrender the property and a continuing default in payments on Movant's note and mortgage are cause for the Court to grant relief from the stay to JPMorgan Chase within the meaning of §362 of the Bankruptcy Code.

9. JPMorgan Chase prays that the court order the Trustee's abandonment of the subject real estate.

WHEREFORE, JPMorgan Chase prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize JPMorgan Chase to foreclose its mortgage on the above-described property, order the Trustee's abandonment of the subject real estate and for all other relief as is just.

    FEIWELL & HANNOY, P.C.

    /s/JESSICA S. OWENS
    JESSICA S. OWENS, Attorney No. 26533-49
    Attorney for JPMorgan Chase Bank N.A.
    251 N. Illinois Street, Suite 1700
    Indianapolis, IN 46204-1944
    (317) 237-2727
    Fax: (317) 237-2717
    Email: jowens@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on **June 24, 2015**, to the following:

Thomas M Pasek
Debtor
8331 Lake Shore Dr
Cedar Lake, IN 46303-9461

Dan L Whitten
Attorney at Law
6183 Central Avenue
Portage, IN 46368

Paul R. Chael
Trustee
401 West 84th Drive   Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**